FILED
U. S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS

JUL 1 7 2017

AO 240 (Rev. 07/10) Application to Proceed in District Court Without Prepaying Fees or Costs (Short Form)

## UNITED STATES DISTRICT COURT

JAMES W. McCORMACK, CLERK
By:_____
DEP CLERK

for the

Eastern District of Arkansas ☐

| | |
|---|---|
| CEDRICK SIMPSON | ) |
| *Plaintiff/Petitioner* | ) |
| v. | ) Civil Action No. 4:17 cv461 DPM |
| CITY LITTLE ROCK, GREG SIEGLER, STEVE MOORE | ) |
| *Defendant/Respondent* | ) |

### APPLICATION TO PROCEED IN DISTRICT COURT WITHOUT PREPAYING FEES OR COSTS
(Short Form)

I am a plaintiff or petitioner in this case and declare that I am unable to pay the costs of these proceedings and that I am entitled to the relief requested.

In support of this application, I answer the following questions under penalty of perjury:

1. *If incarcerated.* I am being held at: _____ .
If employed there, or have an account in the institution, I have attached to this document a statement certified by the appropriate institutional officer showing all receipts, expenditures, and balances during the last six months for any institutional account in my name. I am also submitting a similar statement from any other institution where I was incarcerated during the last six months.

2. *If not incarcerated.* If I am employed, my employer's name and address are:
NOT EMPLOYED

My gross pay or wages are: $ _____ , and my take-home pay or wages are: $ _____ per

*(specify pay period)* _____ .

3. *Other Income.* In the past 12 months, I have received income from the following sources *(check all that apply)*:

| | | |
|---|---|---|
| (a) Business, profession, or other self-employment | ☐ Yes | ☑ No |
| (b) Rent payments, interest, or dividends | ☑ Yes | ☐ No |
| (c) Pension, annuity, or life insurance payments | ☐ Yes | ☑ No |
| (d) Disability, or worker's compensation payments | ☐ Yes | ☑ No |
| (e) Gifts, or inheritances | ☐ Yes | ☑ No |
| (f) Any other sources | ☐ Yes | ☑ No |

*If you answered "Yes" to any question above, describe below or on separate pages each source of money and state the amount that you received and what you expect to receive in the future.*

(B) I HAVE A HOME LOCATED AT 28 BENTLEY CIRCLE, LITTLE ROCK, AR. I HAVE BEEN RENTING THIS PROPERTY OUT TO PREVENT FORECLOSURE. THE RENTAL AMOUNT IS $1,500.00 AND THE MORTGAGE PAYMENT DUE MONTHLY TO SERVICER IS $ 1,241.00.

AO 240  (Rev. 07/10) Application to Proceed in District Court Without Prepaying Fees or Costs (Short Form)

4. Amount of money that I have in cash or in a checking or savings account:  $ _____ 231.75 .

5. Any automobile, real estate, stock, bond, security, trust, jewelry, art work, or other financial instrument or thing of value that I own, including any item of value held in someone else's name *(describe the property and its approximate value)*:

I HAVE A HOME LOCATED AT 28 BENTLEY CIRCLE, LITTLE ROCK, AR. I HAVE BEEN RENTING THIS PROPERTY TO PREVENT FORECLOSURE. THE RENTAL AMOUNT IS $ 1,500.00 A MONTH AND THE PAYMENT MORTGAGE PAYMENT IS $ 1,241.00

6. Any housing, transportation, utilities, or loan payments, or other regular monthly expenses *(describe and provide the amount of the monthly expense)*:

7. Names (or, if under 18, initials only) of all persons who are dependent on me for support, my relationship with each person, and how much I contribute to their support:

CDSJR- SON
CJS-DAUGTHER
AS-DAUGHTER
MBS-DAUGHTER

8. Any debts or financial obligations *(describe the amounts owed and to whom they are payable)*:

*Declaration:*  I declare under penalty of perjury that the above information is true and understand that a false statement may result in a dismissal of my claims.

Date: _____ 07/17/2017 _____          _____
                                          *Applicant's signature*

                                          CEDRICK SIMPSON SR
                                          _____
                                          *Printed name*