# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## WESTERN DIVISION

**CEDRICK SIMPSON, Sr.**                                                 **PLAINTIFF**

**v.**                                        **No. 4:17-cv-461-DPM**

**GREG SIEGLER, individually and**
**in official capacity**                                                 **DEFENDANT**

## ORDER

The Court directs the Clerk to issue a summons for Greg Siegler,

№ 4, and directs the United States Marshal to serve the summons and

complaint on Siegler without prepayment of fees, costs, or security.

So Ordered.

_DPMarshall Jr._

D.P. Marshall Jr.
United States District Judge

_8 September 2017_