IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
LITTLE ROCK DIVISION

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS

OCT 16 2017

JAMES W. McCORMACK, CLERK
.By:_____
DEP CLERK

| | |
|---|---|
| CEDRICK SIMPSON SR, ) | |
| ) | |
| Plaintiff ) | CASE NO: 4:17-CV-00461-DPM |
| ) | |
| ) | Judge: D.P Marshall Jr. |
| ) | |
| CITY OF LITTLE ROCK, a municipality ) | |
| GREG SIEGLER, individually and in official capacities ) | |
| STEVE MOORE, individually and in official capacities ) | |
| SGT M. DURHAM, individually and in official capacities ) | |
| STUART THOMAS, individually and in official capacities ) | |
| ) | |
| Defendants | |

**REQUEST FOR CLERK'S ENTRY OF DEFAULT**

In accordance with Fed. R. Civ. P. 55(a), I request that a Clerk's Entry of Default be entered against Det. Greg Siegler for failure to plead or otherwise defend.

**AFFIDAVIT**

In support of my request for Clerk's Entry of Default, I state that:

1. The summons and complaint were served on September 22, 2017. at 700 West Markham Street, Little Rock, AR 72201 by the U. S. Marshall Service.

2. The defendant has failed to plead or otherwise defend in accordance with Fed. R. Civ. P. 12.

3. The defendant is not an infant, incompetent person or member of the military service.

1

4. This statement is true and is signed under penalty of perjury.


Date: October 16, 2017

                                  Respectfully,

                                  Cedrick Simpson
                                  Post Office Box 45753
                                  Little Rock, AR 72214
                                  501-952-6890
                                  Email:Cedricksimpson@aol.com