# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# WESTERN DIVISION

**CEDRICK SIMPSON, Sr.**                                   **PLAINTIFF**

v.                        No. 4:17-cv-461-DPM

**GREG SIEGLER, individually and
in his official capacity**                                 **DEFENDANT**

## ORDER

1. Siegler's motion to set aside the Clerk's default, № 11, is granted. Service on Siegler was bad. The Marshal sent the summons and complaint by certified mail, but didn't restrict delivery to Siegler or his agent for service. № 6-1. Siegler was out of town when the letter arrived; and the person who received it wasn't Siegler's agent. № 6-1 & № 12 at 5. All this is insufficient to justify a default. FED. R. CIV. P. 4(e)(1); ARK. R. CIV. P. 4(d)(8)(A)(i). The Clerk's default, № 8, is vacated.

2. Simpson's motion to strike, № 13, is denied. Siegler is entitled to defend against Simpson's claims on the merits. Simpson must therefore respond to Siegler's motion to dismiss by 1 December 2017.

So Ordered.

*DPMarshall Jr.*
D.P. Marshall Jr.
United States District Judge

17 November 2017