# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## WESTERN DIVISION

**CEDRICK SIMPSON, SR.**                                    **PLAINTIFF**

v.                           No. 4:17-cv-461-DPM

**GREG SIEGLER, individually and**
**in his official capacity**                                **DEFENDANT**

## ORDER

Siegler's counsel has informally advised that he does not object to Simpson's requested extension, № 22. Motion, № 22, granted. Simpson's response due by 15 December 2017.

So Ordered.

_____
D.P. Marshall Jr.
United States District Judge

1 December 2017