IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

CEDRICK SIMPSON, SR.                                              PLAINTIFF

v.                       No. 4:17-cv-461-DPM

GREG SIEGLER                                                      DEFENDANT

## ORDER

At this point in the case, any party needs the Court's permission to amend its pleading. The Court's Amended Final Scheduling Order, № 38 at 2, explains how to propose an amended pleading. Simpson's unapproved amended complaint, № 39, is stricken without prejudice.

So Ordered.

*DPMarshall Jr.*
D.P. Marshall Jr.
United States District Judge

12 March 2019