IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

**CEDRICK SIMPSON, SR.**                        **PLAINTIFF**

v.                      No. 4:17-cv-461-DPM

**GREG SIEGLER**                               **DEFENDANT**

### ORDER

The Court notes Simpson's motion for leave to file an amended complaint, № 41. His proposed pleading, however, does not identify what he has added, subtracted, or changed. The Amended Final Scheduling Order says: "Please make this attachment a redline or comparison copy showing all proposed changes." № 38 at 2. Simpson must file a substituted Exhibit A by 12 April 2019. Siegler's time to respond to the motion is extended to 19 April 2019.

So Ordered.

_____
D.P. Marshall Jr.
United States District Judge

3 April 2019