# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# WESTERN DIVISION

**CEDRICK SIMPSON, SR.**                                               **PLAINTIFF**

v.                                No. 4:17-cv-461-DPM

**GREG SIEGLER**                                                        **DEFENDANT**

## ORDER

Simpson hasn't responded to the pending summary judgment motion, № 50. The deadline has passed. If Simpson doesn't respond by 14 August 2019, the Court will consider the motion on the current papers. If he responds, Simpson must explain why his filing is late.

So Ordered.

*/s/ D.P. Marshall Jr.*
D.P. Marshall Jr.
United States District Judge

2 August 2019