# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# WESTERN DIVISION

**CEDRICK SIMPSON, SR.**                        **PLAINTIFF**

v.                    **No. 4:17-cv-461-DPM**

**GREG SIEGLER**                                 **DEFENDANT**

## ORDER

The Court appreciates Simpson's response, № 54. If he has not done so already, Siegler must mail Simpson copies of the summary judgment papers, № 50–52. Simpson's deadline to respond is extended to 26 August 2019.

So Ordered.

_____
D.P. Marshall Jr.
United States District Judge

6 August 2019