# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
### WESTERN DIVISION

CEDRICK SIMPSON, SR.                          PLAINTIFF

v.                  No. 4:17-cv-461-DPM

GREG SIEGLER                                DEFENDANT

## ORDER

Motion, № 59, granted. Siegler's reply is due by 24 September 2019. Given the delayed filings by plaintiff, the need for a reply extension, and the Court's need for adequate time to consider the pretrial issues, the Court can't keep the 4 November 2019 trial date. A Second Amended Final Scheduling Order setting the trial for 6 April 2020 will issue.

So Ordered.

*D.P. Marshall Jr.*
D.P. Marshall Jr.
United States District Judge

10 September 2019