# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
### CENTRAL DIVISION

**CEDRICK SIMPSON, SR.**                                 **PLAINTIFF**

v.                  No. 4:17-cv-461-DPM

**CITY OF LITTLE ROCK**, a municipality;
**GREG SIEGLER**, Individually;
**M. DURHAM**, Individually and in
Official Capacity; **STEVE MOORE**,
Individually and in Official Capacity; and
**STUART THOMAS**, Individually
and in Official Capacity                      **DEFENDANTS**

## JUDGMENT

Simpson's complaint and amended complaint are dismissed with prejudice.

_____
D.P. Marshall Jr.
United States District Judge

2 January 2020